## No. 13,941.

ORR *v.* THE PEOPLE ET AL.
(67 P. [2d] 1118)

Decided April 19, 1937.

Judgment affirmed en banc without written opinion. Mr. Justice Bouck not participating.

Mr. HARRY C. GREEN, for plaintiff in error.

Mr. PAUL P. PROSSER, Attorney General, Mr. J. GLENN DONALDSON, Assistant, for the people.

## No. 13,965.

WHIPPLE *v.* RED ARROW GOLD CORPORATION ET AL.
(67 P. [2d] 1119)

Decided April 19, 1937.

Judgment affirmed en banc without written opinion.

Messrs. RUSSELL & McKELVEY, for plaintiff in error.

Messrs. McCLOSKEY & BEISE, for defendants in error.